Reversed and Remanded and Opinion filed July 25, 2002









Reversed and Remanded and Opinion filed July 25, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-01-00984-CV

____________

 

ROBERT S. BELL, M. D., Appellant

 

V.

 

DARRYL TRAMONTE AND PAULA ANN TRAMONTE, INDIVIDUALLY
AND AS NEXT FRIEND OF TODD TRAMONTE, A MINOR, AND LEAH TRAMONTE, A MINOR, AND
PATSY CALEB, Appellees

 



 

On
Appeal from the 165th District Court

Harris
County, Texas

Trial
Court Cause No. 99-33173

 



 

O
P I N I O N

This is an appeal from a judgment
signed August 31, 2001.

On July 19, 2002, the parties filed a motion to reverse the
judgment and remand the cause to the trial court for entry of judgment in
accordance with the parties= settlement agreement.  See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly, the judgment is reversed and the cause remanded
to the trial court for entry of judgment in accordance with the parties= settlement agreement.








 

PER CURIAM

Judgment rendered and Opinion
filed July 25, 2002.

Panel consists of Justices
Anderson, Fowler, and Edelman. 

Do Not Publish C Tex. R. App. P.
47.3(b).